# JacksonLewis

**Jackson Lewis P.C.**
15 South Main Street, Suite 700
Greenville SC  29601
(864) 232-7000 Main
(864) 235-1381 Fax
jacksonlewis.com

*Via ECF*

December 3, 2021

Joshua E. Slavin
Post Office Box 762
Mount Pleasant, SC 29465

Re:    Brenda Geiger, et al v. Gen X Cabaret, LLC d/b/a Gen X Cabaret
       C.A. No.: 2:21-cv-3505-BHH

Dear Mr. Slavin:

This letter confirms the email exchange on December 2 & 3, 2021.  In order to comply with Local Civil Rule 12.01, DSC, I am writing to confirm your agreement to extend the time for Defendant Gen X Cabaret, LLC to respond to the Complaint by an additional 30 days. With the extension, Defendant Gen X Cabaret, LLC's answer or response to the Complaint is due on or before January 3, 2022.  Thank you for extending this courtesy to us, and I look forward to working with you on this matter.

Sincerely,

s/ D. Randle Moody, II
D. Randle Moody, II
Fed. ID No. 12598
(864) 672-8037 Direct
Randy.moody@jacksonlewis.com
Jackson Lewis P.C.

DRM/ljg

I hereby consent to the extension of time to respond:

s/ Joshua E. Slavin
Fed. Bar No. 12602